# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAWN HAMPTON,** | : | **CIVIL NO. 1:19-CV-1100** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN E. WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 28th day of October, 2019, upon consideration of plaintiff's motion (Doc. 14) to stay this matter pending the attainment of stable living conditions,[1] it is hereby ORDERED that:

1. The motion (Doc. 14) is GRANTED.

2. Any and all discovery and all deadlines are STAYED pending further order of court.

3. The Clerk of Court is directed to CLOSE this case for statistical purposes only.

                                          /S/ CHRISTOPHER C. CONNER
                                          Christopher C. Conner, Chief Judge
                                          United States District Court
                                          Middle District of Pennsylvania

---

[1] Hampton is no longer incarcerated and has been released from the custody of the Department of Corrections. (See Doc. 14; see also Vinelink online inmate locator system, available at: https://www.vinelink.com/#/search).